# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                           NO. 2021 KW 1483

VERSUS

JAMES H. DONALDSON                           **MARCH 14, 2022**

---

In Re:   James H. Donaldson, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 481,768.

---

**BEFORE:   GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED.**

                          JMG
                          GH
                          WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
   DEPUTY CLERK OF COURT
        FOR THE COURT